IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JUANEVA WANN**                                                                                   **PLAINTIFF**

v.                                           3:13CV00069-JM

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                                          **DEFENDANT**

## ORDER

Pending is Defendant's motion in limine. (Docket #19). For good cause shown, the motion is GRANTED in PART as set forth herein. The Court will preliminarily preclude the admission of evidence or testimony concerning the following matters:

1. That fact that this motion in limine has been filed;

2. The limits of uninsured motorist coverage contained in the policy;

3. That because premiums for uninsured motorist coverage were paid Plaintiff is entitled to recover. However, Plaintiff will be allowed to introduce evidence or testimony that she paid the premiums and satisfied the terms of the contract;

4. The fact that State Farm has paid the Plaintiff $17,715.00 in an effort to compromise and settle the claims.

If circumstances arise during trial making the admissibility of this evidence questionable, the parties are directed to approach the bench prior to offering the evidence or testimony.

IT IS SO ORDERED this 18th day of August, 2014.

_____
James M. Moody Jr.
United States District Judge