IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JUANEVA WANN                                                                PLAINTIFF

VS.                     No. 3:13-CV-00069 ~~SWW~~/JTR (JM)

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                      DEFENDANT

### ORDER OF DISMISSAL

Plaintiff's Complaint has been agreeably settled between the parties and should be dismissed with prejudice. It is therefore considered and ordered that Plaintiff's Complaint be and is hereby dismissed with prejudice.

_____
U.S. District Judge

Date: 9/9/14